UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6582-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

Magistrate Judge Johnson

Plaintiff,

vs.

ONE SINGLE FAMILY RESIDENCE AT
2200 SW 28TH AVENUE, FORT LAUDERDALE,
FLORIDA etc.,

Defendant.
_____/



FILED by _____ D.C.

MAY 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF FORFEITURE

THIS CAUSE is before the Court upon the Court's granting of Plaintiff's Motion for Summary Judgment. The Court has concluded that Plaintiff, United States of America, is entitled to an order of forfeiture of the above named property.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Defendant real property, as more fully described in the caption of this order and Plaintiff's complaint, is hereby forfeited to the United States of America and no right, title or interest in the property shall exist in any other party, other than the possibly still pending contract of sale between M. Cheeley, P.A. (signed June 27, 2001) and Claimant Estate of James Christenson (signed September 24, 2001) and as to the rights agreed to in the settlement agreement between the United States and Equity Max, Inc;

2. This Order of Forfeiture is without prejudice to any contractual rights of M.Cheeley, and does not express an opinion either way as to whether the forfeiture order voids the possibly still pending contract;



3.   The Court retains jurisdiction for any appropriate post-judgment motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _15_ day of May, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Beckerleg, AUSA (Ft. Laud)
Harry Ross, Esq.
Roy Diaz, Esq.
Eve Rosen, Esq.